# Exhibit 2

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| 1. A method for providing security for a computer comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token, a computer operating system, and a CPU independent security subsystem which includes a security control unit and programmable auxiliary memory, sad method comprising of the steps of: | The accused product employs a method for providing security for a computer (USB Token is removably connected thereto) comprised of a central processing unit, peripheral and file storage devices, at least one of which can be used as a token access device that can read and write files to removable storage media suitable for use as a token (e.g., a USB Token), a computer operating system, and a CPU independent security subsystem which includes a security control unit (Cryptographic module) and programmable auxiliary memory(e.g., EEPROM). The accused product is FIPS 140-2 Compliant.<br><br>Chunghwa Telecom Co., Ltd.<br>HiKey – Flash and HiKey PKI Token<br>Security Policy<br><br>FIPS 140-2 Level 2 Validation<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| | **2.2 Cryptographic Module Specification**<br>The HiKey PKI Token and HiKey - Flash modules are multi-chip standalone implementations of a cryptographic module. Figures 1 and 2 shows a physical view of the token module.<br><br>Figure 1. Physical View of the HiKey Flash<br><br>Figure 2. Physical view of the HiKey PKI Token<br><br>The HiKey – Flash and HiKey PKI Token modules are USB modules that provides cryptographic services and may be used as a replacement for a standard smart card offering the same services. The "cryptographic boundary" for the module with respect to the FIPS 140-2 validation is the "token enclosure". The module is encased in a hard opaque tamper evident enclosure required in the FIPS 140-2 physical Level 2 validation for a multi-chip standalone implementation.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**3.2.2 GINA Applet Services**<br>The Gina applet provides users a secure environment to log on to Microsoft Windows 2000 and Windows XP operation systems. The applet manages login information (an account name and a password) in an on-token data store. The GINA applet services are:<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>This Security Policy describes the features and design of the Chunghwa Telecom Co., Ltd. HiKey – Flash and HiKey PKI Token cryptographic modules using the terminology contained in the FIPS 140-2 specification. FIPS 140-2, Security Requirements for Cryptographic Modules specifies the security requirements that will be satisfied by a cryptographic module utilized within a security system protecting sensitive but unclassified information. The NIST Cryptographic Module Validation Program (CMVP) validates cryptographic modules to FIPS 140-2 and other cryptography-based standards. Validated products are accepted by the Federal agencies of both the USA and Canada for the protection of unclassified but sensitive information. Many other governments, private organizations, and financial institutions also recognize FIPS-validated products.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
|  | **5 Module Cryptographic Functions**<br><br>The purpose of the HiKey PKI Token module is to provide a FIPS validated module for applets that may in turn provide cryptographic services to end-user applications. Cryptographic keys and CSPs (PINs) represent the roles involved in controlling the token. A variety of FIPS 140-2 validated algorithms are used in the HiKey PKI Token module to provide cryptographic services; these include:<br><br>- Triple-DES for establishing a secure channel, and encrypting keys input to the module using the PUT KEY command within the secure channel.<br>- Triple-DES-MAC used for data authentication and applet load test;<br>- AES MAC used for data authentication;<br>- HMAC-SHA-1 used for integrity-protecting data sent within the secure channel;<br>- AES for encrypting data stored within the applet;<br>- RSA sign and verify (encrypt/decrypt in non-FIPS mode);<br>- SHA-1 Hashing;<br>- FIPS 186 Appendix 3.1 RNG used for cryptographic key generation;<br>- Hardware RNG used for seeding the FIPS 186 RNG;<br><br>Details of cryptographic functions are shown in this table:<br><br>**Table 8. Module Cryptographic Functions.**<br><br>\| Type \| Algorithm \| FIPS-Approved \| Certificate \|<br>\|---\|---\|---\|---\|<br>\| Asymmetric Key \| RSA. Key size: 1024 and 2048 bits. \| Yes \| 434 \|<br>\| Symmetric Key \| Triple-DES (ECB, CBC) 2 keys Triple-DES. Key size 128 bits.<br>Triple-DES (ECB, CBC) 3 keys Triple-DES. Key size 192 bits. \| Yes (FIPS 46-3) \| 732 \|<br>\|  \| AES (ECB, CBC) Key Sizes 128,192,256 bits. \| Yes (FIPS 197) \| 896 \|<br>\| Keyed Hash \| Triple-DES-MAC (vendor affirmed) \| Yes \| 732 \|<br>\|  \| AES MAC \| No \|  \|<br>\|  \| HMAC-SHA-1 \| Yes (FIPS 198) \| 501 \|<br>\| Digest \| SHA-1 \| Yes (FIPS 180-3) \| 889 \|<br>\| RNG \| DRNG (FIPS 186-2 appendix 3.1) \| Yes (FIPS 186-2) \| 515 \|<br>\|  \| NDRNG (HARDWARE RNG) \| No \|  \|<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>- Three HiKey applets are loaded into the EEPROM of the module at manufacturing. The applet version can be determined by a call to the applet command GET VERSION. The module has the following applets:<br>  - FISCII applet version 1.2 – Provides financial information services<br>  - GINA applet version 1.0 – Provides a secure environment to log on to Microsoft Windows 2000 and Microsoft Windows XP operating systems<br>  - PKI applet version 2.0 – Provides RSA signing and verification services<br><br>Each of these providers (Applets) offers additional commands that the token supports, in addition to those commands provided by the basic resident (ROM-stored) software on the token. The resident ROM-stored software is referred to as the token manager. The Gina Applet provides support for several commands that enable the secure storage and retrieval of account and password information for login operations on Windows platforms. The FISCII Applet provides support for commands that enable credit card and ATM financial transactions over the internet. The PKI Applet provides support for signing and verification commands in support of off-token public key infrastructures. These specific applet versions are validated. Loading any other applets on the token invalidates the validation of the token.<br><br>- Critical Security Parameters are stored in the EEPROM as part of the module personalization operation.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

3

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| | **1 Introduction**<br>This document is the Security Policy for the Chunghwa Telecom Co., Ltd. HiKey – Flash and HiKey PKI Token. These modules, hereafter called the HiKey Token cryptographic module, or simply, the module, are multi-chip standalone modules that are used to provide user authentication and cryptographic services. The modules are identical in operation with the only difference being flash memory capacity for the HiKey - Flash while the HiKey PKI Token does not contain flash memory.<br><br>This Security Policy specifies the security rules under which the module must operate to meet the requirements of FIPS 140-2 Level 2. It describes how the modules function to meet the FIPS requirements, and the actions that operators must take to maintain the security of the modules.<br><br>This Security Policy describes the features and design of the Chunghwa Telecom Co., Ltd. HiKey – Flash and HiKey PKI Token cryptographic modules using the terminology contained in the FIPS 140-2 specification. *FIPS 140-2, Security Requirements for Cryptographic Modules* specifies the security requirements that will be satisfied by a cryptographic module utilized within a security system protecting sensitive but unclassified information. The NIST Cryptographic Module Validation Program (CMVP) validates cryptographic modules to FIPS 140-2 and other cryptography-based standards. Validated products are accepted by the Federal agencies of both the USA and Canada for the protection of unclassified but sensitive information. Many other governments, private organizations, and financial institutions also recognize FIPS-validated products.<br><br>The FIPS 140-2 standard, and information on the CMVP program, can be found at http://csrc.nist.gov/groups/STM/cmvp/index.html<br><br>This Security Policy contains only non-proprietary information. All other documentation submitted for FIPS 140-2 conformance testing and validation is deemed proprietary and is releasable only under appropriate non-disclosure agreements.<br><br>**1.1 Security Levels**<br>The HiKey PKI Token module meets the overall requirements applicable to Level 2 security of FIPS 140-2. The individual security requirements specific for FIPS 140-2 meet the level specification indicated in the Table 2.<br><br>Table 1 - Security Requirements Specific to FIPS 140-2.<br><br>\| Security Requirements Section \| Level \|<br>\|---\|---\|<br>\| Cryptographic Module Specification \| 2 \|<br>\| Cryptographic Module Ports and Interfaces \| 2 \|<br>\| Roles, Services, and Authentication \| 3 \|<br>\| Finite State Model \| 2 \|<br>\| Physical Security \| 2 \|<br>\| Operational Environment \| N/A \|<br>\| Cryptographic Key Management \| 2 \|<br>\| EMI/EMC \| 3 \|<br>\| Self Tests \| 2 \|<br>\| Design Assurance \| 3 \|<br>\| Mitigation of other attacks \| N/A \|<br>\| Cryptographic Module Security Policy \| 2 \|<br>\| Overall Level \| 2 \|<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
|  | [Figure 3. PIN Allocation — USB Standard A connector with pins 4, 3, 2, 1 labeled -, D+, D-, +]<br><br>2.4.2 SPECIFIC FUNCTIONS OF USB CONTACTS<br><br>Table 2. Functional Specifications of PIN.<br><br>| PIN | Function | FIPS 140-2 Logical Interface |<br>|---|---|---|<br>| USB 1 | V^BUS supply voltage 4.75V – 5.25V | Power Interface |<br>| USB 2 | Data - | Data Input, Data Output, Control Input, Status Output |<br>| USB 3 | Data + | Data Input, Data Output, Control Input, Status Output |<br>| USB 4 | Ground | N/A |<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| (a) generating with said security control unit a security subsystem key pair comprised of a public key and a private key; | The accused product generates with said security control unit a security subsystem key pair (e.g., RSA & RSA CRT) comprised of a public key and a private key;<br><br>**6.3 Cryptographic Key Generation**<br>RSA key pairs may be generated using the GENERATE KEY PAIR (PKI applet) function along with a key ID. The public key is returned from the function and may be used externally from the module by being included on a digital certificate establishing the relationship between the public-key and the identity of the Token Holder. The private-key, which is retained securely within the PKI container, is used to establish the identity of the Token Holder by verifying a digital signature.<br><br>RSA key pairs, Triple-DES and AES keys are generated according to FIPS 186-2 Appendix 3.1. An RNG key is produced by the on board hardware RNG and that is used as input to the deterministic PRNG. The module does not use an optional seed. The function G is calculated using SHA-1.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
|  | **5 Module Cryptographic Functions**<br><br>The purpose of the HiKey PKI Token module is to provide a FIPS validated module for applets that may in turn provide cryptographic services to end-user applications. Cryptographic keys and CSPs (PINs) represent the roles involved in controlling the token. A variety of FIPS 140-2 validated algorithms are used in the HiKey PKI Token module to provide cryptographic services; these include:<br><br>• Triple-DES for establishing a secure channel, and encrypting keys input to the module using the PUT KEY command within the secure channel.<br>• Triple-DES-MAC used for data authentication and applet load test;<br>• AES MAC used for data authentication;<br>• HMAC-SHA-1 used for integrity-protecting data sent within the secure channel;<br>• AES for encrypting data stored within the applet;<br>• RSA sign and verify (encrypt/decrypt in non-FIPS mode);<br>• SHA-1 Hashing;<br>• FIPS 186 Appendix 3.1 RNG used for cryptographic key generation;<br>• Hardware RNG used for seeding the FIPS 186 RNG;<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| (b) storing said private key data in a memory location which is under the control of the said security subsystem; | The accused product stores said private key data in a memory location which is under the control of the said security subsystem<br><br>**6.5 Cryptographic Key Storage**<br><br>All secret and private keys are stored in plaintext format in EEPROM. The module uses the key ID to associate each key with the correct entity.<br><br>The following keys are stored on the module:<br>• $K_{ENC}$ (Triple-DES Encryption Key)<br>• $K_{MAC}$ (Triple-DES MAC Key)<br>• $K_{KEK}$ (Triple-DES Key Encryption Key)<br>• $K_{ALD}$ (Triple-DES MAC Applet Load Key)<br><br>Symmetric session keys reside in RAM only and become invalid when a secure channel session ends.<br><br>All keys, the Global PIN and Token Holder PIN are stored in plaintext format in EEPROM.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| | **6.2 Public Keys**<br>Public and private keys can be generated on the token using the PKI applet GENERATE KEY PAIR command. Alternatively the keys may be loaded onto the token using the UPDATE BINARY command.<br><br>$K_{SIGN}$ (PKI Key pair)<br>• RSA Public Sign Key, $K_{PUBSIGN}$ for signature verification operations.<br>• RSA Private Key for Sign operations $K_{PRIVSIGN}$<br><br>**6.3 Cryptographic Key Generation**<br>RSA key pairs may be generated using the GENERATE KEY PAIR (PKI applet) function along with a key ID. The public key is returned from the function and may be used externally from the module by being included on a digital certificate establishing the relationship between the public-key and the identity of the Token Holder. The private-key, which is retained securely within the PKI container, is used to establish the identity of the Token Holder by verifying a digital signature.<br><br>RSA key pairs, Triple-DES and AES keys are generated according to FIPS 186-2 Appendix 3.1. An RNG key is produced by the on board hardware RNG and that is used as input to the deterministic PRNG. The module does not use an optional seed. The function G is calculated using SHA-1.<br><br>**6.4 Cryptographic Key and CSP Entry/Output**<br>Security Domain Keys are input to the Token Manager in encrypted format, using the PUT KEY command within a secure channel. During this process, the keys are double encrypted (using the Triple-DES Session Key $K_{enc}$ and the $K_{KEK}$ Key).<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| (c) creating with said security - subsystem a key file encrypted with said public key and writing the key file to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key; | The accused product creates with said security -subsystem a key file encrypted with said public key and writing the key file (PUT KEY & thereafter STORE DATA) to a master token by means of said token access device, such that said encrypted key file can only be decrypted and authenticated by the security subsystem using its corresponding private key<br><br>**6.6 Cryptographic Key Destruction**<br>The module zeroizes secret and private cryptographic keys and CSPs using the ERASE ALL command.<br><br>The PUT KEY command can be used to zeroize the crypto-officer key set by specifying a key value of all "F"s for all crypto-officer keys.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| | **Table 3. Basic Token Service Access Controls** |
| | | Role | Authorized Services | Cryptographic Keys and CSPs | Type(s) of Access |
| | |---|---|---|---|
| | | Crypto-Officer | PUT DATA | None | Write |
| | | | SELECT APPLET | None | Execute |
| | | | GET STATUS | None | Read |
| | | | GET DATA | None | Read |
| | | | INSTALL | Applet Load key | Execute |
| | | | LOAD | Initialization Key | Execute |
| | | | DELETE | None | Execute |
| | | | PUT KEY | Encryption Key, Triple-DES MAC Key, Key Encryption Key | Write |
| | | | EXTERNAL AUTHENTICATE | Encryption Key, Triple-DES MAC Key | Execute |
| | | | INITIALIZE UPDATE | Encryption Key, Triple-DES MAC Key | Execute |
| | | | PIN CHANGE/UNBLOCK | Encryption Key, Triple DES MAC Key / PIN | Execute, Write |
| | | | ERASE ALL | Encryption Key, Triple-DES MAC Key | Execute, Write |
| | | | SELECT | None | Execute |
| | | User | GET DATA | None | Read |
| | | | SELECT | None | Execute |
| | | Unauthenticated | SELECT | None | Execute |
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| | **PUT DATA:** this Open Platform command stores or replaces one tagged data object modifies the life cycle state of the token or the lifecycle state of an application defined in the OPv2.0.1 specification. |
| | **PUT KEY:** this Open Platform command is used to add or replace Security Domain key sets. A PUT KEY command with a key-set of all 0xFF will zeroize specified Security Domain key sets. |
| | **SELECT:** this Open Platform command is used for selecting an application (Token Manager or Applet). |
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| (d) allowing access to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is | The accused product allows access (authentication after initialization) to said security subsystem after initial installation and setup by said computer operating system for installation and modification of security requirements only when said master token is placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem. |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| placed into an appropriate file storage device and said encrypted key file has been authenticated by the security subsystem; | **3 Roles, Services, and Authentication**<br>**3.1 Roles**<br>The HiKey PKI token module uses identity-based access control. Access control rules provide services to operators who identify themselves by demonstrating knowledge of a cryptographic key set, or PIN.<br><br>The module defines three distinct roles that are supported by the on-token cryptographic system: the Crypto Officer role, a Token Holder role, and an unauthenticated role.<br><br>• Crypto Officer is a role authenticated by demonstrating knowledge of a key set and key ID.<br>• Token Holder is a User role authenticated by possession of the token and knowledge of the Token Holder PIN.<br>• The unauthenticated role is assumed by any unauthenticated operator who has access to the host application.<br><br>Through on-token applets, services are provided to the Token Holder based on his authenticating to his role. The Token Holder authenticates his role to an applet by proving knowledge of a Personal Identification Number (PIN) stored within the applet. Individual applets perform their own authentication of the Token Holder. The Global PIN is always 8 bytes. The applet PIN lengths are as follows:<br><br>• The FISC II applet PIN length is 8 bytes<br>• The GINA applet PIN length is 8 bytes<br>• The PKI applet PIN length is 8 bytes.<br><br>The module ensures the authentication of off-Token entities (Cryptographic Officer and Token Holder) and provides them with cryptographic services according to their role. Operators may not change roles without reauthenticating in the new role. All previous authentications are cleared when the module powers down.<br><br>The HiKey Token does not allow multiple concurrent operators or support a maintenance role.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**6 Cryptographic Key Management**<br>The module contains a variety of keys and CSPs defined by the Global Platform specification and by the applet design documents. The module does not input or output plaintext cryptographic key components, plaintext authentication data, or other unprotected CSPs.<br><br>**6.1 Cryptographic Keys and CSP's**<br>The HiKey PKI Token module includes the following keys and CSP's:<br><br>• Initialization Key, $K_{init}$ Triple DES key (128 bits) used only for the first Token Manager key-set loading.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>• Applet Load Key, $K_{ALD}$ Triple DES MAC key used to create a MAC on an applet loaded on the token to verify its authenticity.<br>• Encryption Session key is a triple-DES key used to protect session data from the token manager application.<br>• MAC Session Key is a triple-DES key used to authenticate data from the encrypted session<br>• RNG Key, $K_{RNG}$ is used as part of the PRNG.<br>• AES Key is used to encrypt/decrypt data within the token<br>• Triple-DES Key is used to encrypt/decrypt data within the token<br>• HMAC-SHA-1 Key can be used as part of a message authentication scheme. The module's applets currently do not support a feature that will require HMAC-SHA-1 however the functionality is there.<br>• RSA Private/Public Keys are used for sign and verify operations.<br>• Global PIN.<br>• GINA Applet PIN.<br>• PKI Applet PIN.<br>• FISC II Applet PIN. |

9

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**3 Roles, Services, and Authentication**<br><br>**3.1 Roles**<br>The HiKey PKI token module uses identity-based access control. Access control rules provide services to operators who identify themselves by demonstrating knowledge of a cryptographic key set, or PIN.<br><br>The module defines three distinct roles that are supported by the on-token cryptographic system: the Crypto Officer role, a Token Holder role, and an unauthenticated role.<br><br>• Crypto Officer is a role authenticated by demonstrating knowledge of a key set and key ID.<br>• Token Holder is a User role authenticated by possession of the token and knowledge of the Token Holder PIN.<br>• The unauthenticated role is assumed by any unauthenticated operator who has access to the host application.<br><br>Through on-token applets, services are provided to the Token Holder based on his authenticating to his role. The Token Holder authenticates his role to an applet by proving knowledge of a Personal Identification Number (PIN) stored within the applet. Individual applets perform their own authentication of the Token Holder. The Global PIN is always 8 bytes. The applet PIN lengths are as follows:<br><br>• The FISC II applet PIN length is 8 bytes<br>• The GINA applet PIN length is 8 bytes<br>• The PKI applet PIN length is 8 bytes.<br><br>The module ensures the authentication of off-Token entities (Cryptographic Officer and Token Holder) and provides them with cryptographic services according to their role. Operators may not change roles without reauthenticating in the new role. All previous authentications are cleared when the module powers down.<br><br>The HiKey Token does not allow multiple concurrent operators or support a maintenance role.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**6.4 Cryptographic Key and CSP Entry/Output**<br>Security Domain Keys are input to the Token Manager in encrypted format, using the PUT KEY command within a secure channel. During this process, the keys are double encrypted (using the Triple-DES Session Key $K_{enc}$ and the $K_{KEK}$ Key).<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**PUT DATA:** this Open Platform command stores or replaces one tagged data object modifies the life cycle state of the token or the lifecycle state of an application defined in the OPv2.0.1 specification.<br>**PUT KEY:** this Open Platform command is used to add or replace Security Domain key sets. A PUT KEY command with a key-set of all 0xFF will zeroize specified Security Domain key sets.<br>**SELECT:** this Open Platform command is used for selecting an application (Token Manager or Applet).<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
| | **8 Security Rules** |
| | **8.1 Operational Security Rules** |
| | The following specific actions are required on the part of the Crypto Officer along with a restriction within the module usage environment to ensure the module operates in FIPS-approved mode. |
| | 1. The Crypto Officer must instantiate all token applets to require a PIN for all Sign operations. |
| | 2. The Crypto Officer must instantiate all container applets to require External Authenticate or Global Platform secure channel for all write operations. |
| | 3. The Crypto Officer must set the PIN Policies for the crypto officer and Token Holder to have a minimum length of eight bytes (characters). |
| | 4. The Crypto Officer must set the incorrect PIN counter to three failed attempts before locking the token. |
| | 5. The Token Holder must enter a valid PIN. |
| | 6. The Token Holder must generate or upload an RSA key pair to configure the PKI applet to generate or verify digital signatures. |
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| | **6.2 Public Keys** |
| | Public and private keys can be generated on the token using the PKI applet GENERATE KEY PAIR command. Alternatively the keys may be loaded onto the token using the UPDATE BINARY command. |
| | $K_{SIGN}$ (PKI Key pair) |
| | • RSA Public Sign Key, $K_{PUBSIGN}$ for signature verification operations. |
| | • RSA Private Key for Sign operations $K_{PRIVSIGN}$ |
| | **6.3 Cryptographic Key Generation** |
| | RSA key pairs may be generated using the GENERATE KEY PAIR (PKI applet) function along with a key ID. The public key is returned from the function and may be used externally from the module by being included on a digital certificate establishing the relationship between the public-key and the identity of the Token Holder. The private-key, which is retained securely within the PKI container, is used to establish the identity of the Token Holder by verifying a digital signature. |
| | RSA key pairs, Triple-DES and AES keys are generated according to FIPS 186-2 Appendix 3.1. An RNG key is produced by the on board hardware RNG and that is used as input to the deterministic PRNG. The module does not use an optional seed. The function G is calculated using SHA-1. |
| | **6.4 Cryptographic Key and CSP Entry/Output** |
| | Security Domain Keys are input to the Token Manager in encrypted format, using the PUT KEY command within a secure channel. During this process, the keys are double encrypted (using the Triple-DES Session Key $K_{enc}$ and the $K_{KEK}$ Key). |
| | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| | **Table 8. Module Cryptographic Functions.** |
| | |

| Type | Algorithm | FIPS-Approved | Certificate |
|---|---|---|---|
| Asymmetric Key | RSA. Key size: 1024 and 2048 bits. | Yes | 434 |
| Symmetric Key | Triple-DES (ECB, CBC) 2 keys Triple-DES. Key size 128 bits. | Yes (FIPS 46-3) | 732 |
| | Triple-DES (ECB, CBC) 3 keys Triple-DES. Key size 192 bits. | | |
| | AES (ECB, CBC) Key Sizes 128,192,256 bits. | Yes (FIPS 197) | 896 |
| Keyed Hash | Triple-DES-MAC (vendor affirmed) | Yes | 732 |
| | AES MAC | No | |
| | HMAC-SHA-1 | Yes (FIPS 198) | 501 |
| Digest | SHA-1 | Yes (FIPS 180-3) | 889 |
| RNG | DRNG (FIPS 186-2 appendix 3.1) | Yes (FIPS 186-2) | 515 |
| | NDRNG (HARDWARE RNG) | No | |

ILLUSTRATIVE CLAIM CHART
EXHIBIT 2

| US6212635B1 | HiKey PKI Token ("Accused Product") |
|---|---|
|  | http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |
| (e) denying file and peripheral device access requests by the central processing unit when the security requirements are not satisfied. | The accused product denies file and peripheral device access requests by the central processing unit when the security requirements are not satisfied (e.g., when the wrong PIN is entered, the authentication results in error)<br><br>**3.1 Roles**<br>The HiKey PKI token module uses identity-based access control. Access control rules provide services to operators who identify themselves by demonstrating knowledge of a cryptographic key set, or PIN.<br>The module defines three distinct roles that are supported by the on-token cryptographic system: the Crypto Officer role, a Token Holder role, and an unauthenticated role.<br>• Crypto Officer is a role authenticated by demonstrating knowledge of a key set and key ID.<br>• Token Holder is a User role authenticated by possession of the token and knowledge of the Token Holder PIN.<br>• The unauthenticated role is assumed by any unauthenticated operator who has access to the host application.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**3.1.3 Unauthenticated**<br>An unauthenticated user is any unauthenticated operator having access to the host application. The operator can only select an applet and read non-security relevant token information.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf<br><br>**8.1 Operational Security Rules**<br><br>The following specific actions are required on the part of the Crypto Officer along with a restriction within the module usage environment to ensure the module operates in FIPS-approved mode.<br>1. The Crypto Officer must instantiate all token applets to require a PIN for all Sign operations.<br>2. The Crypto Officer must instantiate all container applets to require External Authenticate or Global Platform secure channel for all write operations.<br>3. The Crypto Officer must set the PIN Policies for the crypto officer and Token Holder to have a minimum length of eight bytes (characters).<br>4. The Crypto Officer must set the incorrect PIN counter to three failed attempts before locking the token.<br>5. The Token Holder must enter a valid PIN.<br>6. The Token Holder must generate or upload an RSA key pair to configure the PKI applet to generate or verify digital signatures.<br><br>http://csrc.nist.gov/groups/STM/cmvp/documents/140-1/140sp/140sp1117.pdf |