**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VORTEX PATHWAY LLC, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 2:16-cv-956 |
| CHUNGHWA TELECOM CO., LTD. | § § | Jury Trial Demanded |
| *Defendants.* | § § § | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff VORTEX PATHWAY LLC, by and through its undersigned counsel, hereby voluntarily dismisses the instant action without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: April 11, 2017          Respectfully submitted,

**SCHNEIDER ROTHMAN INTELLECTUAL
PROPERTY LAW GROUP, LLC**

*/s/ Joel B. Rothman*
Joel B. Rothman
Florida Bar Number 98220
Joel.rothman@sriplaw.com
Jerold I. Schneider
Florida Bar Number 26975
Jerold.schneider@sriplaw.com

4651 North Federal Highway
Boca Raton, Florida  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

**BUETHER JOE & CARPENTER, LLC**

Kenneth P. Kula
State Bar No. 24004749

Ken.Kula@BJCIPLaw.com

1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
214.730.5660 – Telephone
972.707.1248 – Facsimile

**ATTORNEYS FOR PLAINTIFF
VORTEX PATHWAY LLC**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on April 11, 2017 a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
Joel B. Rothman

**SERVICE LIST**

Yen Chau
Nelson Shau Hsieh
**GREENAN, PEFFER, SALLANDER & LALLY, LLP**
6111 Bollinger Canyon Road, Suite 500
San Ramon, CA  94583
925.866.1000 – Telephone
925.830.8787 – Facsimile
ychau@gpsllp.com
nhsieh@gpsllp.com
ccalone@gpsllp.com

*Attorneys for Defendant Chunghwa Telecom Global, Inc.*